### 71730. JARRETT v. FORD MOTOR CREDIT COMPANY et al.
(344 SE2d 440)

SOGNIER, Judge.

Ford Motor Credit Company (Ford Motor) brought this action against Gary Jarrett seeking $1,482.18, the alleged balance due on a lease contract. Jarrett filed a direct appeal from the trial court's grant of summary judgment in favor of Ford Motor for $1,482.18 principal plus $173.22 attorney fees.

" ' "It is not only the right but the duty of a reviewing or appellate court to raise the question of its jurisdiction in all cases in which there may be any doubt as to the existence of such jurisdiction." [Cit.]' [Cit.]" *Atlantic-Canadian Corp. v. Hammer &c. Assoc.,* 167 Ga. App. 257 (1) (306 SE2d 22) (1983). Although OCGA § 9-11-56 (h) provides that "[a]n order granting summary judgment on any issue or as to any party shall be subject to review by appeal," this statute does not provide for direct appeals from *all* grants of summary judgment, but must be read in conjunction with OCGA §§ 5-6-34 and 5-6-35 regarding the procedure for appeal to this court. See *Hawes v. Dinkler,* 224 Ga. 785, 789 (2) (164 SE2d 799) (1968). Effective July 1, 1984, applications for discretionary appeals are required in "[a]ppeals in all actions for damages in which the judgment is $2,500.00 or less."

OCGA § 5-6-35 (a) (6). This statute unambiguously refers to "judgments" in general and we therefore construe it to be applicable to judgments in the amount of $2,500 or less obtained by verdict following a bench or jury trial as well as by summary judgment. See generally *Irwin v. Busbee*, 241 Ga. 567 (247 SE2d 103) (1978). Thus, because the appellant failed to follow the provisions required by OCGA § 5-6-35 (b) for cases in which an application for appeal is required, this direct appeal must be dismissed. *Simpkins v. Minks*, 175 Ga. App. 729 (334 SE2d 340) (1985). See also *Brown v. Assoc. Fin. Svcs. Corp.*, 255 Ga. 457 (339 SE2d 590) (1986).

*Appeal dismissed. Banke, C. J., and Birdsong, P. J., concur.*

DECIDED MARCH 19, 1986 —
REHEARING DENIED APRIL 3, 1986.

*William H. Turner, Jr.*, for appellant.
*Daniel F. Bridgers*, for appellees.